UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Alice Kopacsi**

     **Plaintiff,**     **CASE NUMBER: 12-14160**
              **HONORABLE VICTORIA A. ROBERTS**
v.              **MAG. JUDGE BINDER**

**Commissioner of Social Security,**

     **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On August 26, 2013, Magistrate Judge Binder issued a Report and Recommendation [Doc.16], recommending that Plaintiff's Motion for Summary Judgment [Doc. 11] be Denied, Defendant's Motion for Summary [Doc. 15] be GRANTED.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

The Court **ACCEPTS** the Report and Recommendation, Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED**.

  **IT IS ORDERED**.

               /s/ Victoria A. Roberts
              Victoria A. Roberts
              United States District Judge

Dated:  September 30, 2013

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 30, 2013.
>
> S/Carol A. Pinegar
> Deputy Clerk